1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TANYA GRACE McDANIEL,                      No.  2:15-cv-01113-TLN-AC

12                 Plaintiff,

13        v.                                    ORDER

14   UNITED STATES OF AMERICA, et al.,

15                 Defendants.

16

17         Plaintiff is proceeding in this matter pro se, and accordingly this matter is referred to the

18   undersigned pursuant to Local Rule 302(c)(21).  On January 16, 2018, plaintiff filed a

19   Declaration.  ECF No. 17.  Plaintiff's case was closed on August 18, 2015.  ECF No. 6.  The

20   Ninth Circuit dismissed plaintiff's appeal on January 12, 2016.  ECF No. 15.  Plaintiff is advised

21   that documents filed by plaintiff since the closing date will be disregarded and no orders will

22   issue in response to future filings.  The Clerk of Court is ORDERED to disregard plaintiff's filing

23   at ECF No. 17.

24   DATED: January 17, 2018

25                                              _____

26                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE
27

28